**FILED**
November 19, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: JM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff**

**v.**

**JOHNNY HURTADO OLASCOAGA, (1)**
A/K/A "PEZ,"
A/K/A "DON GABINO,"
**JOSE ALFREDO HURTADO OLASCOAGA, (2)**
A/K/A "FRESA,"
A/K/A "CHINO,"
**JOSUE LOPEZ HERNANDEZ, (3)**
A/K/A "COLIMA,"
**JOHNNY HURTADO HERNANDEZ, (4)**
A/K/A "TARZAN,"
**EDGAR AGUILAR CRUZ, (5)**
A/K/A "ALEX,"
A/K/A "ALEX AGUILAR,"
A/K/A "EDWIN CRUZ AGUILAR,"
A/K/A "GALLITO,"
A/K/A "GALLO,"
A/K/A "GALLITO DE JUGETES,"
A/K/A "GALLO DE ORO,"
A/K/A "MI AMIGO EL VIEJON,"
A/K/A "GALLITO EL VIEJON,"
**ROGELIO ESTRADA JARAMILLO, (6)**
A/K/A "ROYER JARAMILLO,"
A/K/A "ROYER JARA,"
A/K/A "CHINO,"
**FLORENCIO AGUILAR LORENZO, (7)**
A/K/A "LENCHO,"
**LAURENCIO REYES AMBRIZ, (8)**
A/K/A "WENCHO,"
**ANASTACIO REYES FLORES, (9)**
A/K/A "TACHO,"
**JOSE ANDRES VELA CERVANTES, (10)**
A/K/A "BARBAS,"
**ALFREDO JAIMES JAIMES, (11)**
A/K/A "AJJ,"
A/K/A "ALFREDO832,"
A/K/A "ADA,"
A/K/A "ALFIE,"

**CASE NO: DR: 26-CR-3395-AM**

A/K/A "JAIMESHTX,"
A/K/A "ALFYHTX832,"
**JESUS DANIEL ALVAREZ, (12)**
**CESAR ESPINOSA REYES, (13)**
**ABRAN ESPINOSA MONDRAGON, (14)**
A/K/A "CHAPARRO,"
**ANTONIO LANDEROS OJO DE AGUA, (15)**
A/K/A "TONE,"
**ALEJANDRO DIAZ GARCIA, (16)**
A/K/A "LUIS,"
**ROGELIO PONCE ESQUIVEL, (17)**
**APOLONIO BENITEZ, (18)**
**JOHNNY WARNCE MILTON, (19)**
A/K/A "MILKMAN,"
**HUMBERTO GONZALEZ ARCE, (20)**
A/K/A "MIJA,"
A/K/A "BETO,"
**OMAR SIXTO BENITEZ, (21)**

**Defendants.**

ORDER TO UNSEAL INDICTMENT

Came on to be considered the Government's Motion to Unseal and the Court having considered said motion hereby

ORDERS that the Government's Motion to Unseal the Indictment and related documents be GRANTED.

ENTERED on this 19th day of November, 2026.

THE HONORABLE ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE